■ MARIA HUGHES, Plaintiff, v MICHAEL J. HUGHES, Appellant, and DENISE R. LANGWEBER, Respondent. [638 NYS2d 325] —In an action for a divorce and ancillary relief, the defendant appeals from an order of the Supreme Court, Nassau County (Roberto, J.), dated August 25, 1994, which awarded the Law Guardian legal fees of $6,000 and directed him to pay one half of that sum.

Ordered that the order is affirmed, with costs.

Under the particular circumstances presented here, the Supreme Court's determination was not improper. Bracken, J. P., Altman, Hart and Goldstein, JJ., concur.